IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE THOMPSON                    :        CIVIL ACTION

        v.                           :

                                             :        NO. 15-4509

CAROLYN W. COLVIN

## ORDER

AND NOW, this 13th day of August, 2015, upon Motion and Statement in support of Request to Proceed In Forma Pauperis, it appearing to the Court that Nicole Thompson is unable to pre-pay the filings fees and costs,

it is **ORDERED** that:

    1. Plaintiff is **GRANTED** leave to proceed in forma pauperis.

    2. The complaint is to be filed and summons is to be issued.

    3. The United States Marshal for the Eastern District of Pennsylvania shall serve the summons and complaint upon the defendant at no cost to the plaintiff.

                                                    _____
                                                    LAWRENCE F. STENGEL, J.

IFP/SSI ORDER