IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE THOMPSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 15-4509 |
| | : | |
| NANCY A. BERRYHILL,[1] Acting | : | |
| Commissioner of Social Security, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 19th day of September, 2017, upon independent consideration of the plaintiff's request for review, the defendant's response thereto, and the plaintiff's reply (Doc. Nos. 13, 14, and 19), and after review of the thorough and well-reasoned Report & Recommendation of United States Magistrate Judge David R. Strawbridge, IT IS ORDERED that:

1. The Report & Recommendation is APPROVED and ADOPTED.

2. The plaintiff's request for review is GRANTED, and the decision of the Commissioner of the Social Security Administration is VACATED.

3. The matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report & Recommendation.

---

[1] Nancy A Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Berryhill should be substituted for the former Acting Commissioner, Carolyn Colvin, as the defendant in this action. No further action need be taken to continus this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

4. The Clerk of Court is directed to mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, C.J.